

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2014

No. 04-14-00109-CV

Sergio **ALANIZ**, SR., et al.,
Appellant

v.

**JESUS MARIA ALVAREZ & ASSOCIATES**; Ana Lisa Garza, Intervenor,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-00-328
Honorable J. Manuel Banales, Judge Presiding

# O R D E R

The Intervenor's Motion to Sever Appellant's Motion to Recuse Trial Court Judge is DENIED without prejudice to re-filing in the trial court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court